**UNITED STATES of America, ex rel. Darlene C. SAMMARCO, Appellant,**

v.

**Jane MORROW, as Anoka County Court Administrator, Anoka County; Daniel Dauth, as Anoka County Social Services; Conservator Derrinda Mitchell, on Your Behalf; Karen Foy, Manager of Andrew Residence, also known as Manager of Andrew Residence; Tom Mullon; Dr. James H. Gilbertson, Phd., Appellees,**

**Cal Ludeman, as Minnesota Commissioner of Department of Human Services; Conservator Tracy Allen, designee for Professional Fiduciaries, Inc.; Dr. Jonathan Uecker, Defendants.**

No. 10–1631.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 14, 2010.

Filed: Oct. 20, 2010.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the

Western District of Arkansas.

Chad A. Blumenfield, U.S. Attorney's Office, Minneapolis, MN, for Appellant.

Darlene C. Sammarco, Fridley, MN, pro se.

Conservator Derrinda Mitchell, Professional Conservator Services, Minneapolis, MN, pro se.

John Steven Garry, Barbara E. Berg Windels, Attorney General's Office, Edward Frederick Kautzer, Ruvelson & Kautzer, St. Paul, MN, Robert D. Goodell, Anthony Charles Palumbo, Anoka, MN, Christopher A. Stafford, Samuel D. Orbovich, Fredrikson & Byron, Friedrich Anson Paul Siekert, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Darlene C. Sammarco appeals from the order of the District Court[1] dismissing her civil action. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons stated by the District Court. We also find Sammarco's allegations of judicial bias to be without merit. *See Liteky v. United States*, 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994). Accordingly, we affirm.

[1]. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.